IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN DODGION,

      Plaintiff,                    No. CIV S-09-2696 GGH P

  vs.

J. HARTLEY, et al.,

      Defendants.        <u>ORDER</u>

_____/

        On September 28, 2009, plaintiff filed a habeas corpus petition. On October 7, 2009, plaintiff filed a notice of consent to the jurisdiction of the undersigned. On November 16, 2009, the undersigned issued an order construing this action as a civil rights action. The petition was dismissed with thirty days to file a civil rights complaint.

        On December 7, 2009, plaintiff filed a "motion to appeal the magistrate judge's order," and requested that this action be assigned to a district judge. Because plaintiff consented to the jurisdiction of the undersigned, no district judge was appointed to this action. If defendants are served and do not consent, then a district judge will be assigned.

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 7, 2009,
2  motion (no. 6) is denied; within thirty days of the date of this order, plaintiff shall file a civil
3  rights complaint; failure to comply with this order will result in dismissal of this action.
4  DATED: January 11, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

dod2696.con