IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN DODGION,

Plaintiff, No. 2:09-cv-02696 KJN P

vs.

J. HARTLEY, et al.,

Defendants. ORDER

_________________________________/

By order filed May 20, 2010, plaintiff was accorded thirty days within which to file a civil rights complaint or an amended habeas corpus petition. (Dkt. No. 16.) The thirty day period has now expired, and plaintiff has not filed either pleading or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 6, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dodg2696.ord